1  **CAROL ANN MOSES #164193**
   Attorney at Law
2  545 East Alluvial, Suite 112
   Fresno, California 93720
3  Telephone (559) 449-9069
   Facsimile (559) 449-9016
4

5  Attorney for Defendant, DAVID THORNGATE

6

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES GOVERNMENT,    )    CASE #6:05-mj-00027-WMW
                                  )
11 |         Plaintiff,            )
                                  )    STIPULATION TO CONTINUE
12 |                               )    UNTIL JULY 5, 2005
                                  )
13 | vs                            )
                                  )
14 |                               )
                                  )
15 | DAVID THORNGATE               )
                                  )
16 |         Defendant.            )
   |_____)
17 |_____)

18         IT IS HEREBY STIPULATED by and between the Defendant, DAVID THORNGATE,

19 his Attorney of record, Carol Ann Moses, and the Legal Officer for the United States

20 Government, ELIZABETH WALDOW, that the Status Conference in the in the above-captioned

21 matter currently scheduled for June 21, 2005, at 10:00 a.m. be continued until July 5, 2005 at

22 10:00 a.m.

23 Dated: June 16, 2005

24                                              By: /S/ Carol Ann Moses
                                                    CAROL ANN MOSES
25                                                  Attorney for Defendant
                                                    DAVID THORNGATE
26 Dated: June 17, 2005
                                                By: /S/ Elizabeth Waldow
27                                                  Elizabeth Waldow
                                                    Legal Officer for
28                                                  United States Government
                                                    As authorized on 6/17/05

                                     1
           STIPULATION TO CONTINUE  STATUS CONFERENCE AND ORDER THEREON

1

2                                    * * * ORDER * * *

3        The Court, having reviewed the above request for a Continuance of Status Conference

4  until July 5, 2005 and Order Thereon, HEREBY ORDERS AS FOLLOWS:

5        1.      The Status Conference Hearing for Defendant, DAVID THORNGATE, shall be

6                continued to July 5, 2005 at 10:00 a.m.

7                                  IT IS SO ORDERED.

8        **Dated:   June 21, 2005            /s/  William M. Wunderlich**
                   mmkd34UNITED STATES MAGISTRATE JUDGE